# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Ex Parte Application of BRP 12, S.A. De C.V., Centro Educativo Tres Culturas, S.C., Eureka Mexico Education, S.A. De C.V., Lottus Education, S.A.P.I. De C.V. and Universidad Tres Culturas, S.C. For an Order to Obtain Discovery for Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782. | No. MC-20-00022-PHX-JJT<br><br>**ORDER** |

At issue is the Joint Motion to Terminate the pending Application for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application") (Doc. 25) filed by BRP 12, S.A. de C.V. ("BRP"), Centro Educativo Tres Culturas, S.C. ("CETC"), Eureka Mexico Education, S.A. de C.V. ("Eureka"), Lottus Education, S.A.P.I. de C.V. ("Lottus") and Universidad Tres Culturas, S.C. ("UTC") (together, the "Applicants") and Vanta Education, Inc. ("Vanta"). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Joint Motion to Terminate the pending Application for Discovery in Aid of Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (Doc. 25).

IT IS FURTHER ORDERED that the Application is Terminated with prejudice as requested by the parties.

IT IS FURTHER ORDERED denying as moot the Motion to Quash Subpoenas (Doc. 16) and the Motion for Leave to File Sur-Reply (Doc. 21.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 22nd day of September, 2020.

Honorable John J. Tuchi
United States District Judge